IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE LAMAR HENDERSON,** | : | Civil No. 1:18-cv-1191 |
| Plaintiff, | : | |
| v. | : | |
| **KATHRYN BELLFY, et al.,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

## **O R D E R**

Before the court is a report and recommendation of the magistrate judge (Doc. 43) in which he recommends that the captioned action be dismissed for Plaintiff's failure to file an amended complaint. No objections have been filed. Accordingly,

**IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**;

2) This case is **DISMISSED** for failure to state a claim;

3) Henderson's Motion to Discharge (Doc. 44) and Motion Pursuant to 28 U.S.C. § 2044 (Doc. 45) are **DENIED** as both moot and improper;

4) The Clerk of Court is directed to close this case;

5) Any appeal taken from this order is deemed frivolous and not in good faith.

> s/Sylvia H. Rambo
> SYLVIA H. RAMBO
> United States District Judge

Dated: June 26, 2019